IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**AMUSA CONTEH,**

    **Petitioner,**

v.

**UNITED STATES ATTORNEY GENERAL, et al.,**

    **Respondents.**

Case No. 2:17-cv-0958
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

On April 2, 2018, the Magistrate Judge issued an *Order and Report and Recommendation* denying Petitioner's *Motion for an Immediate Stay of Removal* (ECF No. 4), and recommending that Respondent's *Motion to Dismiss* (ECF No. 7) be granted and that this action be dismissed. (ECF No. 8.) Although the parties were advised of the right to file objections to the Magistrate Judge's *Order and Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Order and Report and Recommendation* (ECF No. 8) is **ADOPTED** and **AFFIRMED**. Petitioner's *Motion for an Immediate Stay of Removal* (ECF No. 4) is **DENIED**. Respondent's *Motion to Dismiss* (ECF No. 7) is **GRANTED**. This action is hereby **DISMISSED**.

Petitioner has waived his right to appeal by the failure to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the

Court **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED.**

                                                   4-26-2018
                                     EDMUND A. SARGUS, JR.
                                     Chief United States District Judge